**PUBLISHED**

**Filed: May 14, 2004**

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

EAST TENNESSEE NATURAL GAS
COMPANY,
              *Plaintiff-Appellee,*

              v.

JOHN F. SAGE; LINDA K. SAGE,
              *Defendants-Appellants,*

              and

1.20 ACRES IN WYTHE COUNTY,
VIRGINIA; MARY CASEL,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,
              *Defendants.*

No. 03-1708
(CA-02-107-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
              *Plaintiff-Appellee,*

              v.

MARGARET CLANTON,
              *Defendant-Appellant,*

              and

.28 ACRES IN HENRY COUNTY,
VIRGINIA; LUCY CLARK,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,
              *Defendants.*

No. 03-1709
CA-02-114-4

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

SCOTT A. FONTAINE; LILLIE M.
FONTAINE,
                    *Defendants-Appellants,*

                    and

2.09 ACRES IN HENRY COUNTY,
VIRGINIA; LUCY CLARK,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1710
CA-02-120-4

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

ALVA HOLLAND,
                    *Defendant-Appellant,*

                    and

.54 ACRES IN HENRY COUNTY,
VIRGINIA; JANET M. HOLLAND; LUCY
CLARK, Commissioner of Revenue;
JOHN DOE, et al.; UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1711
CA-02-123-4

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                v.

MAYNARD R. JOYCE,
                    *Defendant-Appellant,*

                and

2.26 ACRES IN CARROLL COUNTY,
VIRGINIA; JANE A. HARRISON, County
Assessor; JOHN DOE, et al.;
UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1712
CA-02-125-4

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                v.

ERVIN L. FRAZIER, JR.,
                    *Defendant-Appellant,*

                and

1.02 ACRES IN CARROLL COUNTY,
VIRGINIA; JANE A. HARRISON, County
Assessor; JOHN DOE, et al.;
UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1713
CA-02-126-4

EAST TENNESSEE NATURAL GAS
COMPANY,
                              *Plaintiff-Appellee,*

                    v.

BARBARA G. VASS; DOSSIE G.V.
HALL, a/k/a Dossie Shockley Vass,
                    *Defendants-Appellants,*

                   and

1.59 ACRES IN CARROLL COUNTY,
VIRGINIA; JANE A. HARRISON, County
Assessor; JOHN DOE; UNKNOWN
OWNERS,
                              *Defendants.*

No. 03-1714
CA-02-128-4

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

LAYTON RUSSELL HANCOCK; JOHN
WENDELL HANCOCK; SONIA LUCILLE
EASTER; UNA FAYE SAUNDERS;
WAYNE DWIGHT HANCOCK; HEIRS OF
ROYAL EARLY HANCOCK,
                    *Defendants-Appellants,*

                    and

2.57 ACRES IN CARROLL COUNTY,
VIRGINIA; JOHN DOE, et al.;
UNKNOWN OWNERS; JOSEPHINE H.
POWERS; RUDOLPH HANCOCK; ALENE
SUMNER; JAMES F. HANCOCK;
TALFORD CLAY HANCOCK; THOMAS
KENNETH HANCOCK; AVERETTE EARLY
HANCOCK; JANE A. HARRISON,
County Assessor,
                    *Defendants.*

No. 03-1715
CA-02-129-4

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

H. WADE BAKER; LOLA W. BAKER,
                    *Defendants-Appellants,*

                    and

1.91 ACRES IN CARROLL COUNTY,
VIRGINIA; JOHN DOE, et al.;
UNKNOWN OWNERS; JANE A.
HARRISON, County Assessor,
                    *Defendants.*

No. 03-1716
(CA-02-132-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

GREGORY L. SEIBERT,
                    *Defendant-Appellant,*

                    and

.45 ACRES IN CARROLL COUNTY,
VIRGINIA; JANE A. HARRISON; JOHN
DOE, et al.; UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1717
(CA-02-133-4)

EAST TENNESSEE NATURAL GAS
COMPANY,

*Plaintiff-Appellee,*

v.

ROBIN MARIE SEIBERT; GREGORY L.
SEIBERT,

*Defendants-Appellants,*

and

.61 ACRES IN CARROLL COUNTY,
VIRGINIA; JANE A. HARRISON, County
Assessor; JOHN DOE, et al.;
UNKNOWN OWNERS,

*Defendants.*

No. 03-1718
(CA-02-134-4)

EAST TENNESSEE NATURAL GAS
COMPANY,

*Plaintiff-Appellee,*

v.

HELEN E. MELTON; CHARLOTTE A.
EDWARDS,

*Defendants-Appellants,*

and

JANE A. HARRISON, County Assessor;
JOHN DOE, et al.; UNKNOWN OWNERS;
4.76 ACRES IN CARROLL COUNTY,
VIRGINIA,

*Defendants.*

No. 03-1719
(CA-02-135-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

RALPH D. HOWELL; MABEL FULCHER,
                    *Defendants-Appellants,*

                    and

ROSE C. HOWELL; JOHN DOE, et al.;
C. JERRY LOVE, Commissioner of
Revenue; UNKNOWN OWNERS; 3.18
ACRES IN PATRICK COUNTY, VIRGINIA,
                    *Defendants.*

No. 03-1720
(CA-02-138-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

MELVIN A. THOMAS,
                    *Defendant-Appellant,*

                    and

1.40 ACRES IN PATRICK COUNTY,
VIRGINIA; JOHN DOE, et al.; C. JERRY
LOVE, Commissioner of Revenue;
UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1721
(CA-02-140-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

JOHN M. LEWIS; CORNELIA A. LEWIS,
                    *Defendants-Appellants,*

                    and

C. JERRY LOVE, Commissioner of
Revenue; JOHN DOE, et al.;
UNKNOWN OWNERS; .37 ACRES IN
PATRICK COUNTY, VIRGINIA,
                    *Defendants.*

No. 03-1722
(CA-02-142-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

EARL R. POTTER; JOAN A. POTTER,
                    *Defendants-Appellants,*

                    and

C. JERRY LOVE, Commissioner of
Revenue; JOHN DOE, et al.;
UNKNOWN OWNERS; .60 ACRES IN
PATRICK COUNTY, VIRGINIA,
                    *Defendants.*

No. 03-1723
(CA-02-145-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

JERRY S. THOMAS; BETTY B. THOMAS,
                    *Defendants-Appellants,*

                    and

3.04 ACRES IN PATRICK COUNTY,
VIRGINIA; JOHN DOE, et al.;
UNKNOWN OWNERS; C. JERRY LOVE,
Commissioner of Revenue,
                    *Defendants.*

No. 03-1724
(CA-02-146-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

NANCY U. STANLEY,
                    *Defendant-Appellant,*

                    and

3.62 ACRES IN PATRICK COUNTY,
VIRGINIA; C. JERRY LOVE,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1725
(CA-02-150-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

OTRA MARTIN; EDNA LOU MARTIN
SMART; ELLEN M. FULCHER; HARVEY
GLENN FULCHER,
                    *Defendants-Appellants,*

                    and

3.81 ACRES IN PATRICK COUNTY,
VIRGINIA; C. JERRY LOVE,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1726
(CA-02-153-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

ROBERT E. MEADOWS; MARION C.
MEADOWS,
                    *Defendants-Appellants,*

                    and

.94 ACRES IN PATRICK COUNTY,
VIRGINIA; C. JERRY LOVE,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1727
(CA-02-155-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                v.

WILLIAM TROY STRICKLAND; SUSAN
M. STRICKLAND,
                    *Defendants-Appellants,*

                and

1.13 ACRES IN PATRICK COUNTY,
VIRGINIA; C. JERRY LOVE,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1728
(CA-02-160-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                v.

JAMES A. KEESEE; JOANNE RICHMOND
KEESEE,
                    *Defendants-Appellants,*

                and

1.58 ACRES IN PATRICK COUNTY,
VIRGINIA; C. JERRY LOVE,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1729
(CA-02-168-4)

EAST TENNESSEE NATURAL GAS
COMPANY,

*Plaintiff-Appellee,*

v.

THOMAS C. WILLIAMS, JR.; JEANNIE
B. WILLIAMS,

*Defendants-Appellants,*

and

3.27 ACRES IN WYTHE COUNTY,
VIRGINIA; MARY CASEL,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,

*Defendants.*

No. 03-1730
(CA-02-185-4)

EAST TENNESSEE NATURAL GAS
COMPANY,

*Plaintiff-Appellee,*

v.

ANISSA J. BRADY, a/k/a Anissa
Holland,

*Defendant-Appellant,*

and

.65 ACRES IN CARROLL COUNTY,
VIRGINIA; JANE A. HARRISON, County
Assessor; JOHN DOE, et al.;
UNKNOWN OWNERS,

*Defendants.*

No. 03-1731
(CA-02-197-4)

EAST TENNESSEE NATURAL GAS
COMPANY,

                    *Plaintiff-Appellee,*

                    v.

CHARLES K. WEBB; LENA WEBB,
                    *Defendants-Appellants,*

                    and

.64 ACRES IN CARROLL COUNTY,
VIRGINIA; JANE A. HARRISON, County
Assessor; JOHN DOE, et al.;
UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1732
(CA-02-198-4)

EAST TENNESSEE NATURAL GAS
COMPANY,

                    *Plaintiff-Appellee,*

                    v.

CALVIN HUGH WEBB; LINVOL OSCAR
WEBB; WENDELL WAYNE WEBB,
                    *Defendants-Appellants,*

                    and

3.38 ACRES IN CARROLL COUNTY,
VIRGINIA; JOHN DOE, et al.; JANE A.
HARRISON, County Assessor;
UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1733
(CA-02-202-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                                   *Plaintiff-Appellee,*

                    v.

ALVA JACKSON HORTON; HEATH
WEBB,
                      *Defendants-Appellants,*

                    and

1.60 ACRES IN CARROLL COUNTY,
VIRGINIA; JANE A. HARRISON, County
Assessor; JOHN DOE, et al.;
UNKNOWN OWNERS,
                              *Defendants.*

No. 03-1734
(CA-02-203-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                                   *Plaintiff-Appellee,*

                    v.

GEORGE LEWIS WEBB; EDWARD PAUL
WEBB; ROGER LEE WEBB; JOEL RAY
WEBB,
                      *Defendants-Appellants,*

                    and

.30 ACRES IN CARROLL COUNTY,
VIRGINIA; JANE A. HARRISON, County
Assessor; JOHN DOE, et al.;
UNKNOWN OWNERS,
                              *Defendants.*

No. 03-1735
(CA-02-208-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

DOROTHEA W. BRYANT,
                    *Defendant-Appellant,*

                    and

1.23 ACRES IN CARROLL COUNTY,
VIRGINIA; JANE A. HARRISON, County
Assessor; JOHN DOE, et al.;
UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1736
(CA-02-211-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

CLYDE HOLLAND; SHIRLEY HOLLAND,
                    *Defendants-Appellants,*

                    and

5.2 ACRES IN HENRY COUNTY,
VIRGINIA; LUCY CLARK,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1737
(CA-02-212-4)

EAST TENNESSEE NATURAL GAS
COMPANY,

        *Plaintiff-Appellee,*

v.

L. J. RECTOR; CHARIS JEAN RECTOR;
JOHNNY J. RECTOR; JOE RECTOR,

        *Defendants-Appellants,*

and

3.98 ACRES IN SMYTH COUNTY,
VIRGINIA; RICHARD WALKER,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,

        *Defendants.*

No. 03-1738
(CA-02-216-4)

EAST TENNESSEE NATURAL GAS
COMPANY,

        *Plaintiff-Appellee,*

v.

FRED TOLLEY; GUIDA TOLLEY,

        *Defendants-Appellants,*

and

4.0 ACRES IN WYTHE COUNTY,
VIRGINIA; MARY CASEL,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,

        *Defendants.*

No. 03-1739
(CA-02-218-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

JAMES FOGELSONG; GLEN STUART
FOGELSONG,
                    *Defendants-Appellants,*

                    and

2.64 ACRES IN WYTHE COUNTY,
VIRGINIA; MARY CASEL,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1740
(CA-02-221-4)

EAST TENNESSEE NATURAL GAS
COMPANY,
                    *Plaintiff-Appellee,*

                    v.

WEAVER ENTERPRISES, INCORPORATED,
                    *Defendant-Appellant,*

                    and

11.42 ACRES IN WYTHE COUNTY,
VIRGINIA; MARY CASEL,
Commissioner of Revenue; JOHN
DOE, et al.; UNKNOWN OWNERS,
                    *Defendants.*

No. 03-1741
(CA-02-182-4)

EAST TENNESSEE NATURAL GAS
COMPANY,

*Plaintiff-Appellee,*

v.

RONNIE LYNN GOFORTH; SUSAN D.
GOFORTH; 3.51 ACRES/WYTHE
COUNTY,

*Defendants-Appellants,*

and

MARY CASEL, Commissioner of
Revenue; JOHN DOE, et al.;
UNKNOWN OWNERS,

*Defendants.*

No. 03-1797
(CA-02-215-4)

---

On Petition for Rehearing and Rehearing En Banc

---

Appellants filed petitions for rehearing and rehearing en banc.

The Panel voted to deny rehearing.

A member of the Court requested a poll on the petition for rehearing en banc. The poll failed to produce a majority of the judges in active service in favor of rehearing en banc. Judge Widener voted to rehear the case en banc, and Judges Niemeyer, Luttig, Michael, Motz, Traxler, Gregory, Shedd and Duncan voted against rehearing en banc. Chief Judge Wilkins and Judges Wilkinson, Williams and King are disqualified.

The Court denies the petition for rehearing and rehearing en banc.

Entered at the direction of Judge Michael for the Court.

For the Court,

/s/ Patricia S. Connor
Clerk